SO ORDERED: September 14, 2016.



James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: SHAWN SHERESE SMITH | ) | |
| | ) | |
| XXX-XX-1498 | ) | Case No: 15-06687-JMC-13 |
| | ) | |
| 5263 DEER CREEK DRIVE | ) | |
| INDIANAPOLIS, IN 46254 | ) | Chapter 13 |
| | ) | |
| DEBTOR | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND
ABANDONMENT OF REAL PROPERTY IN CHAPTER 13 WITH 30 DAY WAIVER**

Comes now, U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of January 1, 2004, 2004-CB1 Trust, C-BASS Mortgage Loan Asset -Backed Certificates, Series 2004-CB1, by counsel, and having filed its Motion for Relief from Automatic Stay and Abandonment of Real Property in Chapter 13 With 30 Day Waiver, which is before the Court;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stay is lifted as against U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of January 1, 2004, 2004-CB1 Trust, C-BASS Mortgage Loan Asset -Backed Certificates,

Series 2004-CB1 only and the real property commonly known as 5263 Deer Creek Dr, Indianapolis, In 46254 is abandoned.

IT IS FURTHER ORDERED that the Court waives the Rule 4001 fourteen day stay of this Order for Relief and U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of January 1, 2004, 2004-CB1 Trust, C-BASS Mortgage Loan Asset -Backed Certificates, Series 2004-CB1 shall be entitled to act upon this order as of its date of entry.

###